IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JIRUSHAYA HOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| STANFORD GALLION and | ) | |
| GROENDYKE TRANSPORT, INC., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

COMES NOW Defendant, Groendyke Transport, Inc., by and through its attorneys, Roberts Perryman, P.C., and hereby files its Notice of Removal stating the following:

## INTRODUCTION

1. A civil action has been commenced and is now pending the Circuit Court of Madison County, State of Illinois, Case No. 2020L001240, wherein Jirushaya Hogan is the Plaintiff and Groendyke Transport, Inc. and Stanford Gallion are the Defendants.

2. This action is a civil action wherein Plaintiff has made claims for damages as a result of Defendants' alleged negligence in connection with a motor vehicle accident that allegedly occurred on July 19, 2020.

3. Defendant Groendyke Transport, Inc. has been served with Plaintiff's Complaint and consents to removal.

4. Defendant Stanford Gallion has been served with Plaintiff's Complaint and consents to removal.

## DIVERSITY OF CITIZENSHIP EXISTS

5. This action is a civil action, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by

Defendant pursuant to 28 U.S.C. § 1441, and this is a civil action proceeding involving diversity of citizenship.

6. Plaintiff Jirushaya Hogan is a citizen of the State of Illinois.

7. Defendant Groendyke Transport, Inc. is an Oklahoma corporation with its principal place of business in Oklahoma.

8. Defendant Stanford Gallion is a citizen of the State of Missouri.

## THE AMOUNT IN CONTROVERSY HAS BEEN SATISFIED

9. The amount in controversy exceeds $75,000.00 exclusive of interest and costs. Plaintiff is claiming *temporary and permanent injuries* and claims to have incurred medical, doctor and hospital bills. She also claims she will continue to incur *future* medical, doctor and hospital bills in an effort to be treated for her injuries. Therefore, Defendant believes the amount in controversy requirement is satisfied.

## NOTICE OF REMOVAL IS TIMELY

10. Less than thirty (30) days have elapsed since receipt of said initial pleadings by Defendant, Groendyke Transport, Inc.

11. Defendant Stanford Gallion been served with Plaintiff's Complaint and has consented to this removal. Defendant has filed Defendant Gallion's Consent with its removal papers.

12. Defendant files herewith a copy of all process, pleadings, and order served upon it in this action. See *Exhibit A*.

WHEREFORE, Defendant, Groendyke Transport, Inc. prays the Court to accept its Notice for Removal, and make and enter such orders as may be necessary to effect the complete removal of this action from the Circuit Court of Madison County, State of Illinois, to the United States

Case 3:20-cv-01043-RJD   Document 1   Filed 10/02/20   Page 3 of 3   Page ID #3

District Court for the Southern District of Illinois, and that further proceedings be discontinued in the State Court and all future proceedings be held in this Court, as the laws in such case provide.

Respectfully submitted,

ROBERTS PERRYMAN, P.C.

/s/ Ted L. Perryman
Ted L. Perryman, #02179504
Korissa M. Zickrick, #06285055
Rachel L. Capel, #6312427
1034 S. Brentwood, #2100
St. Louis, Missouri 63117
(314) 421-1850 Telephone
(314) 421-4346 Fax
tperryman@robertsperryman.com
kzickrick@robertsperryman.com
rcapel@robertsperryman.com
***Attorneys for Defendant Groendyke Transport, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been filed upon the Court's electronic filing system this 2nd day of October 2020 to:

Lanny Darr
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
Phone: (618) 208-6828
Fax: (618) 433-8519
darr@darrfirm.com
***Attorney for Plaintiff***

/s/ Ted L. Perryman

Page **3** of **3**