Date: 9/22/2020 1:27 PM
Case Number 2020L 001240
***EFILED***

Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# AFFIDAVIT OF SERVICE

2020-L-1240, MADISON COUNTY, ILLINOIS,



STATE: ILLINOIS

NOTARIZED COUNTY: MADISON
United States of America

JOB NO: 213843

I, CHRIS MASON, being duly sworn on oath, state that I affected service as follows:

CLIENT: **THE DARR FIRM**
TYPE OF DOCUMENT: **SUMMONS AND COMPLAINT**
TYPE OF SERVICE: **PERSONAL SERVICE**

1. NAME OF PERSON ATTEMPTED UPON: **STANFORD GALLION**
2. DOCUMENT GIVEN TO IF DIFFERENT: , ,
3. DESCRIPTION: Sex: **Male** - Skin: **Black** - Hair: **Bald** - Approx. Age: **48** - Height: **6'0"** - Weight: **220**
4. ADDRESS: **12417 EARLY MORNING DR, Florissant MO 63033**
5. DATE: **09/12/2020** Time of Service: **1:17 PM**
6. COURT DATE:

CASE NUMBER : **2020-L-1240**

CASE NAME:

**JIRUSHAYA HOGAN
VS
STANFORD GALLION AND GROENDYKE TRANSPORT INC**

Comments: Signature not obtained

**EXHIBIT A**

Signed and sworn to before me on this 14th day of September, 2020.

Notary Public

X _____
CHRIS MASON
License(s): 129.333306

Cost of Service:

KELLERMAN INVESTIGATIONS LTD
IL. DET. LIC: 117-001201
GLEN CARBON, IL 62034
618-288-6662

*213843*

OFFICIAL SEAL
JANICE LYBARGER
NOTARY PUBLIC, STATE OF ILLINOIS
JERSEY COUNTY
/MY COMMISSION EXPIRES 09/17/2022

***EFILED***
Case Number 2020L 001240
Date: 9/9/2020 4:32 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## AFFIDAVIT OF SERVICE

2020-L-1240, MADISON COUNTY, ILLINOIS,

2020L 001240



STATE: ILLINOIS

NOTARIZED COUNTY:
MADISON
United States of America

JOB NO: 213842

I, CRAIG VENTIMIGLIA, being duly sworn on oath, state that I affected service as follows:

CLIENT: **THE DARR FIRM**
TYPE OF DOCUMENT: **SUMMONS AND COMPLAINT**
TYPE OF SERVICE: **PERSONAL SERVICE**

1. NAME OF PERSON ATTEMPTED UPON: **GROENDYKE TRANSPORT INC**
2. DOCUMENT GIVEN TO IF DIFFERENT: **JOSH ALBERT, Terminal Manager,**
3. DESCRIPTION: Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Approx. Age: **Approx 40** - Height: **6'00"** - Weight: **200**
4. ADDRESS: **3141 W CHAIN OF ROCKS ROAD**, Granite City IL 62040
5. DATE: **09/03/2020** Time of Service: **11:27 AM**
6. COURT DATE:

CASE NUMBER : **2020-L-1240**

CASE NAME:

**JIRUSHAYA HOGAN
VS
STANFORD GALLION AND GROENDYKE TRANSPORT INC**

Comments: I obtained a signature.

Signed and sworn to before me on this 4th day of September, 2020.

Notary Public

X _____

**CRAIG VENTIMIGLIA**
License(s): 0129-302956

Cost of Service:

KELLERMAN
INVESTIGATIONS LTD
IL. DET. LIC: 117-001201
GLEN CARBON, IL 62034
618-288-6662

OFFICIAL SEAL
JANICE LYBARGER
NOTARY PUBLIC, STATE OF ILLINOIS
JERSEY COUNTY
/MY COMMISSION EXPIRES 09/17/2022

*213842*

***EFILED***
Case Number 2020L 001240
Date: 8/31/2020 9:01 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
COUNTY OF MADISON

| | |
|---|---|
| JIRUSHAYA HOGAN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 20-L-   2020L 001240 |
| STANFORD GALLION and GROENDYKE TRANSPORT, INC., | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Now comes Lanny Darr and hereby enters his appearance as attorney of record for the plaintiff, Jirushaya Hogan.

By:  /s/Lanny Darr
Lanny Darr   (#06205283)
Darr Law Offices, Ltd.
307 Henry Street, Suite 406
Alton, IL 62002
Phone: (618) 208-6828
Fax: (618) 433-8519
darr@darrfirm.com

Service by facsimile transmission or via email will be accepted at the stated facsimile and/or email stated above.

***EFILED***
Case Number 2020L 001240
Date: 8/31/2020 9:01 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT**
**COUNTY OF MADISON**

| | |
|---|---|
| JIRUSHAYA HOGAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANFORD GALLION and<br>GROENDYKE TRANSPORT, INC.,<br><br>　　　　Defendants. | )<br>)<br>)　　2020L 001240<br>)<br>)　　No. 20-L-<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION

I, Lanny Darr, being the attorney for the plaintiff, Jacob Hansen, hereby certifies that the foregoing complaint seeks damages in an amount in excess of Fifty Thousand Dollars ($50,000.00).

　　　　　　　　　　　　　　By:　/s/ Lanny Darr
　　　　　　　　　　　　　　　　Lanny Darr　(#06205283)
　　　　　　　　　　　　　　　　Darr Law Offices, Ltd.
　　　　　　　　　　　　　　　　307 Henry Street, Suite 406
　　　　　　　　　　　　　　　　Alton, IL  62002
　　　　　　　　　　　　　　　　Phone:  (618) 208-6828
　　　　　　　　　　　　　　　　Fax:  (618) 433-8519
　　　　　　　　　　　　　　　　darr@darrfirm.com


　　　　　　　　　　　　　　　　Service by facsimile transmission
　　　　　　　　　　　　　　　　or via email will be accepted at the
　　　　　　　　　　　　　　　　stated facsimile and/or email
　　　　　　　　　　　　　　　　stated above.

***EFILED***
Case Number 2020L 001240
Date: 8/31/2020 9:01 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
COUNTY OF MADISON

| | |
|---|---|
| JIRUSHAYA HOGAN, ) | |
| ) | |
| Plaintiff, ) | 2020L 001240 |
| ) | |
| vs. ) | No. 20-L- |
| ) | |
| STANFORD GALLION and ) | |
| GROENDYKE TRANSPORT, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiff, Jirushaya Hogan, by and through her counsel, Darr Law Offices, Ltd., and for her cause of action against the defendants states and alleges as follows:

### COUNT I
### (Stanford Gallion)

1. Plaintiff, Jirushaya (Jinny) Hogan, is a resident and citizen of the unincorporated community of Dorsey, in the County of Madison and State of Illinois.

2. Defendant, Stanford Gallion, is a resident of the City of Florissant, County of St. Louis and State of Missouri. He is an employee of Groendyke Transport, Inc.

3. Venue is proper in this county because Groendyke Transport, Inc. does business in this county and has its terminal at 3141 W. Chain of Rocks Rock, Granite City, Illinois.

4. Upon information and belief, Stanford Gallion regularly operates from the Granite City terminal.

5. On July 19, 2020, at approximately 10:05 p.m., Jirushaya Hogan was driving her 2017 Toyota Camry North on Interstate 55 near the Broadway exit and to the right of defendant's tractor and trailer in the City of St. Louis, State of Missouri.

6. On the date and time alleged herein, defendant, Stanford Gallion, was driving a

Cascadia Freightliner tractor with tanker in a generally northerly direction on Interstate 55 near the Broadway exit within the City of St. Louis, State of Missouri.

7. That at the aforesaid time and place, defendant lost control of his tanker and it fishtailed into plaintiff's vehicle and forced her off of the highway and onto an embankment.

8. That at all times mentioned herein, defendant, Stanford Gallion, owed a duty to others using the public roadways of the State of Missouri, to operate his tractor and tanker with the highest degree of care and caution.

9. That the defendant breached his duty to use the highest degree of care and caution and was then and there guilty of one or more of the following negligent acts or omissions:

    a. Negligently and recklessly failing to maintain his vehicle in his dedicated lane of travel; and/or

    b. Negligently and recklessly applying brakes to the vehicle in a manner so as to cause the tanker to leave the dedicated lane of travel; and/or

    c. Negligently and recklessly failing to keep such lookout as a person of ordinary prudence would keep under the same or similar circumstances; and/or

    d. Negligently and recklessly driving while distracted; and/or

    e. Negligently and recklessly failing to be properly attentive; and/or

    f. Negligently and recklessly failing to take appropriate evasive action; and/or

    g. Negligently and recklessly failing to inspect its vehicle in a manner considerate of the safety and lives of the other persons lawfully on the road; and/or

    h. Negligently and recklessly operating a vehicle at a speed greater than was reasonable, prudent and proper, having due regard for the conditions then existing; and/or

      i. Negligently and recklessly failing to comply with all state and federal rules of the road; and/or

      j. Negligently and recklessly operating a commercial motor vehicle in willful or wanton disregard for the safety of persons, including Plaintiff'; and/or

      k. Engaging in other acts of negligence or violations of law as may be disclosed through further discovery.

10. That one or more of the foregoing negligent acts or omissions on the part of the defendant was a direct and proximate cause of plaintiff's injuries hereafter alleged.

11. That as a direct and proximate result of one or more of the negligent acts or omissions of the defendant, plaintiff sustained injuries both temporary and permanent; that plaintiff has incurred and will continue to incur medical, doctor and hospital bills in an effort to be treated for her injuries; and that plaintiff has been prevented from attending her usual duties and affairs as she had been able to do prior to this.

WHEREFORE, plaintiff, Jirushaya Hogan, prays this court enter judgment in her favor and against the defendant, Stanford Gallion, jointly and severally with all other defendants sued herein, in an amount in excess of Fifty Thousand Dollars ($50,000.00); plus costs of suit.

## COUNT II
### (Vicarious Liability – Groendyke Transport, Inc.)

1-10. Plaintiff realleges and incorporates herein by reference paragraphs one (1) through ten (10) of Count I as paragraph one (1) through ten (10) of Count II, the same as if fully set forth herein.

11. That at all times mentioned herein, Stanford Gallion was acting in the course and scope of his employment with Groendyke Transport, Inc.

12. Groendyke Transport, Inc. is vicariously liable for the damages suffered by the plaintiff, Jirushaya Hogan, due to the negligence of its employee.

WHEREFORE, plaintiff, Jirushaya Hogan, prays this court enter judgment in her favor and against the defendant, Groendyke Transport, Inc., jointly and severally with all other defendants sued, in an amount in excess of Fifty Thousand Dollars ($50,000.00); plus costs of suit.

By:    /s/Lanny Darr
       Lanny Darr    (#06205283)
       Darr Law Offices, Ltd.
       307 Henry Street, Suite 406
       Alton, IL  62002
       Phone:  (618) 208-6828
       Fax: (618) 433-8519
       darr@darrfirm.com


       Service by facsimile transmission
       or via email will be accepted at the
       stated facsimile and/or email
       stated above.

August 31, 2020

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2020 L 001240

JIRUSHAYA HOGAN

        Plaintiff(s)

VS.

STANFORD GALLION

        Defendant(s)



FILED
AUG 31 2020
CLERK OF CIRCUIT COURT #77
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable DAVID W. DUGAN for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: August 31, 2020

s/Bill Mudge
Chief Judge

| | |
|---|---|
| State of Illinois ) S.S.<br>County of Madison ) | **2020L 001240**<br>Case Number ___2020-L-___<br>Amount Claimed ___In excess of $50,000.00___ |

| Jirushaya Hogan | Stanford Gallion and<br>Groendyke Transport, Inc. |
|---|---|
| Plaintiff(s) | Defendant(s) |

VS

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. **Lanny Darr**
Address **307 Henry St., Suite 406**           Code _____
City **Alton, IL 62002**                       Phone **6182086828**
Add. Pltf. Atty. _____                      Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME      **Stanford Gallion**
ADDRESS   **12417 Early Morning Dr.**
CITY & STATE  **Florissant, MO 63033**

## SUMMONS COPY

To the above named defendant(s)......:

[ ] A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20____
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date. **8/31/2020**

WITNESS, _____ 20____
        /s/ Mark Von Nida    Clerk of the Circuit Court
                              Clerk of Court
BY DEPUTY: /s/ Terianne Edwards

DATE OF SERVICE: _____ 20____
(To be inserted by officer on copy left with defendant or other person)

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ .......$_____ |
| Total ................$_____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy

| | |
|---|---|
| State of Illinois ) S.S.<br>County of Madison ) | 2020L 001240<br>Case Number 2020-L-<br>Amount Claimed  In excess of $50,000.00 |

| Jirushaya Hogan | Stanford Gallion and<br>Groendyke Transport, Inc. |
|---|---|
| VS | |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____  Nature of Action _____ Code _____

Pltf. Atty. Lanny Darr
Address 307 Henry St., Suite 406 _____ Code _____
City Alton, IL 62002 _____ Phone 6182086828
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME   Groendyke Transport, Inc.
ADDRESS   3141 W. Chain of Rocks Road
CITY & STATE   Granite City, IL 62040

### SUMMONS COPY
To the above named defendant(s)......:

[ ] A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20__ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

8/31/2020
WITNESS, _____ 20__
/s/ Mark Von Nida   Clerk of the Circuit Court

SEAL

BY DEPUTY: Clerk of Court /s/ Terianne Edwards

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ .......... $ ____ |
| Total ..................... $ ____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy